IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:16cr46 |
| | ) | |
| LINWOOD TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

**CRIMINAL INFORMATION AND NOTICE PURSUANT TO TITLE 21 U.S.C. § 851**

The United States Attorney hereby files Notice and charges pursuant to 21 U.S.C. § 851, as required before trial or entry of a guilty plea, that LINWOOD TAYLOR faces enhanced punishment under 21 U.S.C. § 846, and 21 U.S.C. § 841(a)(1) and (b)(1)(B), as charged in Count One of the pending indictment, because he was previously convicted of the following felony offense:

> On November 20, 2007, in Norfolk, Virginia, the defendant was convicted of Possession of Heroin With Intent to Distribute in violation of Virginia Penal Law § 18.2-248. The defendant was sentenced to twenty years in prison with twelve years and six months suspended.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
John F. Butler
Special Assistant United States Attorney
United States Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331 FAX: (757) 441-6689
john.f.butler@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May, 2016, I filed a copy of the foregoing Notice on the CM/ECF system, which caused an electronic notice to be sent to all counsel of record, including:

>James E. Short, PLC
>652 Independence Pkwy., Ste. 120
>Chesapeake, VA 23320
>(757) 410-5042 Phone
>(757) 410-5576 Facsimile
>jshort@shortplc.com


>_____/s/_____
>John F. Butler
>Special Assistant United States Attorney
>United States Attorney's Office
>101 W. Main Street, Suite 8000
>Norfolk, Virginia 23510
>(757) 441-6331 FAX: (757) 441-6689
>john.f.butler@usdoj.gov